**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

United States of America,   Case No. 21-02497-MJ-MCALILEY

v.

Sol Blocker,

_____/

## WAIVER OF INDICTMENT, PRELIMINARY HEARING AND/OR ARRAIGNMENT UNTIL APRIL 28TH, 2021 FOR GOOD CAUSE SHOWN

I, Sol Blocker, the above named defendant who is accused of **Conspiracy to import Controlled Substance, Importation of Cocaine, Conspiracy to possess with intent to Distribute Cocaine, Possession with intent to Distribute Cocaine,** being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on March 30th, 2021, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. The defendant also waived preliminary hearing and/or arraignment until April 28th, 2021 for good cause shown.

_____
Defendant

_____
Counsel for Defendant


_____
Jonathan Goodman
United States Magistrate Judge